James P. Walsh, CSB. No. 184620
Michelle Fife, CSB No. 240554
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiffs
ANNETTE WILSON and THE WILSON FAMILY TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNETTE WILSON and THE WILSON FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TIM SULLIVAN and JACK SULLIVAN,<br><br>Defendants. | Case No. C-06 6703 SBA<br><br>[PROPOSED] ORDER GRANTING MOTION FOR REMAND<br><br>Date: December 12, 2006<br>Time: 1:00 p.m.<br>Dept: Courtroom 3, 3rd Floor |

THIS MATTER came before the Court on Plaintiffs' Motion for Remand. The Court, having considered the papers filed in support and in opposition to the motion, and the pleadings and papers on file in this matter, hereby GRANTS Plaintiffs' motion. Removal of this matter was not proper under 28 U.S.C. § 1441 because federal question jurisdiction and diversity jursdiction are lacking. Plaintiffs claims were properly brought in state court pursuant to the Savings to Suitors Clause, 28 U.S.C. § 1333(1).

IT IS THEREFORE HEREBY ORDERED that this case shall be remanded back to San Mateo Superior Court.

[PROPOSED] ORDER GRANTING MOTION FOR REMAND       1
Case No. C-06 6703 SBA
SFO 351969v1 81511-1
San Francisco

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
(415) 276-6500 · Fax: (415) 276-6599

IT IS FURTHER ORDERED that Plaintiffs are to be awarded their attorneys' fees incurred in connection with the removal pursuant to 28 U.S.C. § 1447(c). Plaintiffs are directed to submit a cost bill to this Court setting forth the fees incurred in connection with the removal within ten (10) days of the date of this Order.

DATED this 12th day of ~~November~~ December, 2006.

*Saundra B. Armstrong*
Saundra B. Armstrong
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR REMAND 2
Case No. C-06 6703 SBA
SFO 351969v1 81511-1
San Francisco

Davis Wright Tremaine LLP
LAW OFFICES
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
(415) 276-6500 · Fax: (415) 276-6599